# EXHIBIT 3

EXHIBIT 3 - 001



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD  20588-0009

October 10, 2024

Brad McVay
Deputy Secretary of State for Legal Affairs & Election Integrity/Chief Counsel
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399

Dear Deputy Secretary McVay:

 Thank you for your September 9, 2024, letter to U.S. Citizenship and Immigration Services (USCIS) requesting verification of registered Florida voters outside of the Systematic Alien Verification for Entitlements (SAVE) program.

 Federal law prohibits non-U.S. citizens from registering and voting in federal elections; violators are removable and face up to five years in prison.[1]  The evidence is clear that these laws are working as intended—it is extremely uncommon for noncitizens to vote in Federal elections.

 The SAVE program is the most secure and efficient way to reliably verify the citizenship or immigration status of those seeking benefits and licenses, including for verification regarding voter registration and/or voter list maintenance.  Numerous agencies in the State of Florida currently participate in the SAVE program to verify immigration status for 35 different benefits.[2]  As you have noted, SAVE has been used by Florida elections authorities for voter registration and/or voter list maintenance since 2012.[3]

 Given the very serious consequences of the results produced by SAVE and its import in ensuring the right to vote for U.S. citizens, USCIS takes this process very seriously and has confidence in the SAVE program.[4]

---

[1] 18 U.S.C. §§ 611, 1015; 8 U.S.C. §§ 1182(a)(6)(C)(ii), 1227(a)(3)(D), 1227(a)(6).
[2] This information is available to the public at https://www.uscis.gov/save/agency-search-tool
[3] In addition to Florida, Arizona, Colorado, Georgia, Idaho, Mississippi, Ohio, South Carolina, Tennessee, and Virginia use SAVE for voter registration and/or voter list maintenance purposes.
[4] In addition, the National Voter Registration Act (NVRA), requires covered states to complete systematic programs intended to remove the names of ineligible voters from registration lists by no later than 90 days before federal elections. 52 U.S.C. § 20507(c)(2).

EXHIBIT 3 - 002

Deputy Secretary Brad McVay
Page 2

    We currently cannot offer an alternative process to any state. The process you referenced—using the Person Centric Query Service (PCQS) to perform voter verification—does not return a definitive answer on immigration status and thus is not appropriate for the purposes of voter registration and/or list maintenance verification.[5]

    We appreciate your feedback and will review whether there are possible changes to our process and technology that might improve the convenience of using our systems. Likewise, we will continue to engage with and develop resources that educate elections authorities in states with an interest in using SAVE for voter registration and/or voter list maintenance.

    Thank you again for your letter and interest in this issue. Should you or your staff have any other questions, please feel free to contact my staff.

    Sincerely,

Ur M. Jaddou
Director

---

[5] PCQS returns aggregated results across many different immigration systems and can only perform one query at a time. Using PCQS would require manual review of the results in each case to determine immigration status, as the systems may return disparate or conflicting results. As such, PCQS is not an option for state and local agencies to use for voter verification purposes.