# EXHIBIT 4

EXHIBIT 4 - 001

**Matthews, Maria I.**

| | |
|---|---|
| **From:** | Harrop, Grenville W III <Grenville.W.Harrop@uscis.dhs.gov> |
| **Sent:** | Thursday, September 19, 2024 3:53 PM |
| **To:** | Matthews, Maria I.; SAVE-HELP |
| **Subject:** | Re: FL Division of Elections/Request for Information/Status Verification Office |

EMAIL RECEIVED FROM EXTERNAL SOURCE

Indeed, you captured everything correctly.

Thank you,

Grenville Harrop III
Management & Program Analyst
Verification Division
Immigration Records & Identity Services
U.S. Citizenship and Immigration Services
Grenville.W.Harrop@uscis.dhs.gov
716.462.2087


**From:** Matthews, Maria I. <Maria.Matthews@dos.fl.gov>
**Sent:** Thursday, September 19, 2024 3:42:03 PM
**To:** Harrop, Grenville W III <Grenville.W.Harrop@uscis.dhs.gov>; SAVE-HELP <SAVE.Help@uscis.dhs.gov>
**Subject:** RE: FL Division of Elections/Request for Information/Status Verification Office

Thanks for taking my call Grenville. I apologize for my initial confusion as the instructions online lead me to believe that the G-845 form was still a valid form that could be submitted by mail or electronically. I was anticipating using the form for the particular scenarios in which an individual identified for voter registration purpose has no US government issued immigration number with which to verify. All that is available is a foreign passport or foreign birth certificate.

Based on our discussion, 1) the G-845 form is no longer used, 2) the current DHS SAVE program search functionality is exclusively electronic, and 3) the minimum requirement for the online program is least one enumerator from a U.S. issued immigration document (e.g., Alien / USCIS Number, Naturalization / Citizenship Number, Card Number / I-797 Receipt Number, I-94 Number, SEVIS Number, and Visa Number) to conduct a search. In other words, DHS SAVE cannot verify the status online or otherwise based on a foreign passport or foreign birth certificate alone, without at least one enumerator from a US issued immigration document.

Please let me know me if I have summarized incorrectly. Thanks again for your help.

Respectfully,


Maria Matthews, Esq.
Division of Elections, Director
850-245-6520 | Office Line

**DEPARTMENT OF STATE | DIVISION OF ELECTIONS**

1

EXHIBIT 4 - 002

R. A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, FL 32399-0250
850-245-6520 | Direct Line
850-443-7730 | Work Cell
**866-308-6739 | Voter Assistance Hotline**
**877-868-3737 | Voter Fraud Hotline**
Email:     DivElections@dos.myflorida.com
Website:  www.dos.fl.gov

*Important notices:*
*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided. (Esta respuesta se proporciona solo como referencia y no constituye consejo ni representación legal. Las personas interesadas deben consultar los Estatutos de la Florida y la jurisprudencia aplicable, y / o consultar a un abogado privado para saber como el leye se aplique a sus hechos o circustancias particulares antes de sacar conclusiones legales o confiar en la información proporcionada.)*

*Written communications including email addresses to governmental agencies constitute public records and are available to the public including media upon request unless the information is subject to a specific statutory exemption. See e.g., F.S. 668.6076 (Las comunicaciones escritas, incluso las direcciones de correo electrónico, a agencias de gobierno, constituyen registros públicos y están disponibles, a pedido, para el público, incluso la prenjsa, a menos que la información esté sujeta a una exención legal específica. Véase por ejemplo, F.S. 668.6076)*

**From:** Harrop, Grenville W III <Grenville.W.Harrop@uscis.dhs.gov>
**Sent:** Thursday, September 19, 2024 2:37 PM
**To:** Matthews, Maria I. <Maria.Matthews@dos.fl.gov>; SAVE-HELP <SAVE.Help@uscis.dhs.gov>
**Subject:** Re: FL Division of Elections/Request for Information/Status Verification Office

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Yes, do you have a userid, or need one created. If so I can create one with First, last name, email and phone #

Grenville Harrop III
Management & Program Analyst
Verification Division
Immigration Records & Identity Services
U.S. Citizenship and Immigration Services
Grenville.W.Harrop@uscis.dhs.gov
716.462.2087


**From:** Matthews, Maria I. <Maria.Matthews@dos.fl.gov>
**Sent:** Thursday, September 19, 2024 1:55:18 PM
**To:** Harrop, Grenville W III <Grenville.W.Harrop@uscis.dhs.gov>; SAVE-HELP <SAVE.Help@uscis.dhs.gov>
**Subject:** RE: FL Division of Elections/Request for Information/Status Verification Office

Thanks Grenville for quick response.

I apologize but I assume then it is not the **create new case** part that I submit this. So where exactly is it on the program? I seem to be overlooking it.

EXHIBIT 4 - 003

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
850-245-6520 | Office Line

**DEPARTMENT OF STATE | DIVISION OF ELECTIONS**

R. A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, FL 32399-0250
850-245-6520 | Direct Line
850-443-7730 | Work Cell
**866-308-6739 | Voter Assistance Hotline**
**877-868-3737 | Voter Fraud Hotline**
Email:    DivElections@dos.myflorida.com
Website: www.dos.fl.gov
*Important notices:*
*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided. (Esta respuesta se proporciona solo como referencia y no constituye consejo ni representación legal. Las personas interesadas deben consultar los Estatutos de la Florida y la jurisprudencia aplicable, y / o consultar a un abogado privado para saber como el leye se aplique a sus hechos o circustancias particulares antes de sacar conclusiones legales o confiar en la información proporcionada.)*

*Written communications including email addresses to governmental agencies constitute public records and are available to the public including media upon request unless the information is subject to a specific statutory exemption. See e.g., F.S. 668.6076  (Las comunicaciones escritas, incluso las direcciones de correo electrónico, a agencias de gobierno, constituyen registros públicos y están disponibles, a pedido, para el público, incluso la prenjsa, a menos que la información esté sujeta a una exención legal específica. Véase por ejemplo, F.S. 668.6076)*


**From:** Harrop, Grenville W III <Grenville.W.Harrop@uscis.dhs.gov>
**Sent:** Thursday, September 19, 2024 1:24 PM
**To:** Matthews, Maria I. <Maria.Matthews@dos.fl.gov>; SAVE-HELP <SAVE.Help@uscis.dhs.gov>
**Subject:** Re: FL Division of Elections/Request for Information/Status Verification Office

## EMAIL RECEIVED FROM EXTERNAL SOURCE

Good afternoon Maria,

Fortunately the G-845 is completely electronic now. You would be able to verify through the SAVE system. If you have questions on how to initiate verifications do not hesitate to contact me.

Thank you,

Grenville Harrop III
Management & Program Analyst
Verification Division
Immigration Records & Identity Services

3

EXHIBIT 4 - 004

U.S. Citizenship and Immigration Services
Grenville.W.Harrop@uscis.dhs.gov
716.462.2087

**From:** Matthews, Maria I. <Maria.Matthews@dos.fl.gov>
**Sent:** Thursday, September 19, 2024 1:02:19 PM
**To:** Harrop, Grenville W III <Grenville.W.Harrop@uscis.dhs.gov>; SAVE.help@uscis.dhs.gov
**Subject:** FL Division of Elections/Request for Information/Status Verification Office

Hi Grenville,

I wanted to submit USCIS Form G-845 for a couple of individuals for voter registration purposes.
The form instructs that I need to enter the mailing address of the Registered Agency's assigned Status Verification office and that I can find that address at www.uscis.gov/save. However, I can't seem to find that information on the page. What is our assigned Status Verification office and the mailing address?

Can you please assist?

Also does this mean that the G-845, Verification Requests can only be submitted by mail and to that address? If so, is it by certified mail or other specific mailing proceess?

If not, how can it be submitted online.

I would very much appreciate a response today at the earliest possible. Thanks.

Respectfully,


Maria Matthews, Esq.
Division of Elections, Director
850-245-6520 | Office Line

**DEPARTMENT OF STATE | DIVISION OF ELECTIONS**
R. A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, FL 32399-0250
850-245-6520 | Direct Line
850-443-7730 | Work Cell
**866-308-6739 | Voter Assistance Hotline**
**877-868-3737 | Voter Fraud Hotline**
Email:     DivElections@dos.myflorida.com
Website: http://www.dos.fl.gov

*Important notices:*
*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided. (Esta respuesta se proporciona solo como referencia y no constituye consejo ni representación legal. Las personas interesadas deben consultar los Estatutos de la Florida y la jurisprudencia aplicable, y / o consultar a un abogado privado para saber como el leye se aplique a sus hechos o circustancias particulares antes de sacar conclusiones legales o confiar en la información proporcionada.)*

*Written communications including email addresses to governmental agencies constitute public records and are available to the public including media upon request unless the information is subject to a specific statutory exemption. See e.g., F.S. 668.6076 (Las comunicaciones escritas, incluso*