## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STATE OF FLORIDA and the
FLORIDA DEPARTMENT OF STATE,

     *Plaintiffs,*

v.                                                                   CASE No. 24-cv-509

THE DEPARTMENT OF
HOMELAND SECURITY; and
ALEJANDRO MAYORKAS, in his
official capacity as Secretary of the
United States Department of Homeland
Security,

     *Defendants.*

_____/

### NOTICE OF APPEARANCE

Bradley R. McVay gives notice of his appearance on behalf of the Florida

Department of State, in the above-styled action, and requests that all papers filed in this

case be served upon the undersigned.

Date: October 17, 2024       Respectfully submitted,
                      */s/ Bradley R. McVay*
                      BRADLEY R. MCVAY (FBN 79034)
                      *Deputy Secretary of State for*
                      *Legal Affairs & Election Integrity*
                      brad.mcvay@dos.fl.gov
                      FLORIDA DEPARTMENT OF STATE
                      R.A. Gray Building, Suite 100
                      500 South Bronough Street
                      Tallahassee, Florida 32399-0250
                      Phone: (850) 245-6536
                      *Counsel for Florida Department of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October 2024, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

/s/ Bradley R. McVay
Attorney