UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Civil Case Number:<br>3:24-cv-509-TKW-HTC |

### DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants United States Department of Homeland Security (the "Department") and Alejandro Mayorkas in his official capacity as Secretary of Homeland Security ("the Secretary" and collectively with the Department, "Defendants") respectfully move the Court for a 60-day extension of time to answer or otherwise respond to the Complaint, *see* ECF No. 1, from December 20, 2024 to February 18, 2025. Undersigned counsel has conferred with counsel for Plaintiffs, who do not oppose the requested extension. As good cause for the relief requested in this Motion, Defendants state as follows:

1. On October 16, 2024, Plaintiffs filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries. *See* ECF No. 1.

1

2. The Complaint was served on the United States Attorney for the Northern District of Florida on October 21, 2024. *See* ECF No. 6. As result, Defendants' deadline to answer or otherwise respond to the Complaint is December 20, 2024. *See* Fed. R. Civ. P. 12(a)(2).

3. Defendants respectfully request an extension of 60 days, until February 18, 2025, to answer or otherwise respond to the Complaint. Defendants respectfully submit that good cause exists to grant the requested extension: Defendants require additional time to obtain sufficient information to respond to the Complaint and to coordinate with the defending agency clients particularly in light of the upcoming holidays, undersigned counsel's pre-scheduled leave, and counsel's workload in other cases to which he is assigned. No previous extensions of time have been requested by Defendants in this matter.

4. Pursuant to Local Rules 6.1 and 7.1(B), undersigned counsel conferred with Plaintiffs' counsel, who do not oppose the relief requested in this motion. No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

WHEREFORE, Defendants respectfully submit that the Court should grant the requested relief to extend the time within which Defendants must answer or otherwise respond by sixty (60) days, up to and including February 18, 2025.

Dated: December 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel
Civil Division

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

Before filing this motion, pursuant to Local Rule 7.1(B), undersigned counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion.

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI