**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA and the
FLORIDA DEPARTMENT OF STATE,

    *Plaintiffs*,

    v.                                          Case No. 3:24-cv-509-TKW-HTC

THE DEPARTMENT OF
HOMELAND SECURITY; and
ALEJANDRO MAYORKAS, in his
Official capacity as Secretary
of the United States
Department of Homeland Security,

    *Defendants*.
_____/

## **NOTICE OF APPEARANCE**

The undersigned, David M. Costello, is authorized to practice in this court and file this Notice of Appearance as Counsel on behalf of the State of Florida. Copies of all pleadings, notices, orders, and correspondence regarding the above-styled case are requested to be served via the following email addresses: David.Costello@myfloridalegal.com and Jenna.Hodges@myfloridalegal.com.

Respectfully submitted,

JOHN GUARD
  *Acting Attorney General*

JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*

*/s/ David M. Costello*
DAVID M. COSTELLO (FBN 1004952)
  *Chief Deputy Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300
david.costello@myfloridalegal.com

*Counsel for the State of Florida*

2

## CERTIFICATE OF SERVICE

I certify that on February 5, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all parties.

*/s/ David M. Costello*
CHIEF DEPUTY SOLICITOR GENERAL
