UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants.[1] | Civil Case Number: <br> 3:24-cv-509-TKW-HTC |

**DEFENDANTS' SECOND CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the United States Department of Homeland Security (the "Department") and Kristi Noem in her official capacity as Secretary of Homeland Security ("the Secretary" and collectively with the Department, "Defendants") respectfully request a 90-day extension of time to answer or otherwise respond to the Complaint, *see* ECF No. 1, from February 18, 2025 to May 19, 2025.  As good cause for this request, to which Plaintiffs consent, Defendants state as follows:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kristi Noem, Secretary of Homeland Security, is automatically substituted as a defendant in her official capacity for her predecessor, Alejandro Mayorkas.

1

1. On October 16, 2024, Plaintiffs filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries. *See* ECF No. 1.

2. After one extension, Defendants' current deadline to answer or otherwise respond to the Complaint is February 18, 2025.

3. Defendants now respectfully request 90 additional days to answer or otherwise respond to the Complaint.

4. In light of the recent change in Administration, Defendants require additional time to confer with new leadership within the Department of Homeland Security and the Department of Justice about this matter and to develop, and give full consideration to, an appropriate response to the allegations in Plaintiffs' complaint.

5. Even setting aside the recent change in Administration, counsel for Defendants would need a significant period of additional time to prepare Defendants' response due to the press of other significant litigation deadlines, some of which arose after Defendants' previous extension motion.

6. This is Defendants' second request for an extension of this deadline. No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

7. Pursuant to Local Rules 6.1 and 7.1(B), undersigned counsel conferred with Plaintiffs' counsel, who consent to the relief requested in this motion.

8.  For these reasons, Defendants respectfully request a 90-day extension of time to answer or otherwise respond to the Complaint.

Dated: February 5, 2025            Respectfully submitted,

                                   BRETT A. SHUMATE
                                   Acting Assistant Attorney General
                                   Civil Division

                                   ANDREW I. WARDEN
                                   Assistant Branch Director

                                   <u>/s/ Stephen M. Pezzi</u>
                                   STEPHEN M. PEZZI
                                   Florida Bar No. 1041279
                                   Senior Trial Counsel
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L Street, NW
                                   Washington, DC 20005
                                   Tel: (202) 305-8576
                                   Email: stephen.pezzi@usdoj.gov

                                   *Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

Before filing this motion, pursuant to Local Rule 7.1(B), undersigned counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs consent to the relief requested in this motion.

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
