# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**STATE OF FLORIDA** and
**FLORIDA DEPARTMENT OF STATE**,

    Plaintiffs,

v.                              Case No. 3:24cv509-TKW-HTC

**DEPARTMENT OF HOMELAND SECURITY** and **KRISTI NOEM**,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME AND SUBSTITUTING PARTIES

Upon due consideration of Defendants' second consent motion for extension of time (Doc. 15), it is **ORDERED** that:

1. The motion is **GRANTED**, and Defendants have until May 19, 2025, to answer or otherwise respond to the complaint.

2. The Clerk shall update CM/ECF to reflect that Kristi Noem has replaced Alexandro Mayorkas as a defendant under Fed. R. Civ. P. 25(d).

**DONE and ORDERED** this 6th day of February, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**