UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiffs*,

    v.                            Case No. 3:24-CV-00509-TKW-HTC

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

    *Defendants*.
_____/

## MOTION TO WITHDRAW AS COUNSEL

NATALIE P. CHRISTMAS moves to withdraw as counsel of record in this action. DAVID COSTELLO will continue to represent the State of Florida and BRADLEY MCVAY will continue to represent the Florida Department of State. Both the State of Florida and the Florida Department of State consent to this withdrawal.

                                              **JAMES UTHMEIER**
                                              ATTORNEY GENERAL

                                              */s/ Natalie P. Christmas*
                                              **Natalie P. Christmas** (FBN 1019180)
                                              COUNSELOR TO THE ATTORNEY GENERAL
                                              Office of the Attorney General
                                              The Capitol, Pl-01
                                              Tallahassee, Florida 32399-1050
                                              (850) 414-3300
                                              (850) 410-2672 (fax)
                                              natalie.christmas@myfloridalegal.com

## LOCAL RULE 7.1(B) CERTIFICATION

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 19th day of February 2025.

*/s/ Natalie P. Christmas*
**Natalie P. Christmas**
