UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Civil Case Number:<br>3:24-cv-509-TKW-HTC |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the United States Department of Homeland Security (the "Department") and Kristi Noem in her official capacity as Secretary of Homeland Security ("the Secretary" and collectively with the Department, "Defendants") respectfully request a 60-day extension of time to answer or otherwise respond to the Complaint, *see* ECF No. 1, from July 18, 2025 to September 16, 2025. As good cause for this request, to which Plaintiffs consent, Defendants state as follows:

1. On October 16, 2024, Plaintiffs filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries. *See* ECF No. 1.

1

2.	After three extensions, Defendants' current deadline to answer or otherwise respond to the Complaint is this Friday, July 18, 2025.

3.	Defendants now respectfully request 60 additional days to answer or otherwise respond to the Complaint.

4.	The parties are currently engaged in active settlement discussions, and have recently made significant progress.  The parties remain hopeful that they will ultimately be able to resolve this matter without the need for further involvement from the Court.  Nevertheless, the parties' discussions are ongoing, and the parties need additional time to attempt to reach an agreement and then reduce it to writing.

6.	This is Defendants' fourth request for an extension of this deadline.  No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

7.	Pursuant to Local Rules 6.1 and 7.1(B), undersigned counsel conferred with Plaintiffs' counsel, who consent to the relief requested in this motion.

8.	For these reasons, Defendants respectfully request a 60-day extension of time to answer or otherwise respond to the Complaint.

Dated: July 15, 2025                          Respectfully submitted,

                                                          BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

Before filing this motion, pursuant to Local Rule 7.1(B), undersigned counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs consent to the relief requested in this motion.

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
