UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA** and
**FLORIDA DEPARTMENT OF STATE**,

    Plaintiffs,

v.                              Case No. 3:24cv509-TKW-HTC

**DEPARTMENT OF HOMELAND SECURITY** and **KRISTI NOEM**,

    Defendants.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendants' consent motion for extension of time (Doc. 23), it is

**ORDERED** that the motion is **GRANTED**, and Defendants have until September 15, 2025, to answer or otherwise respond to the complaint.

**DONE and ORDERED** this 16th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**