UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Civil Case Number:<br>3:24-cv-509-TKW-HTC |

**DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT IN LIGHT OF LAPSE IN APPROPRIATIONS**

The United States of America hereby moves for a stay of its October 14th deadline to answer or otherwise respond to the complaint in the above-captioned case. As good cause for this request, which Plaintiffs do not oppose, the United States offers the following:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including Defendant the Department of Homeland Security. The Department does not know when such funding will be restored by Congress.

1

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of Defendants' deadline to answer or otherwise respond to the Complaint until Congress has restored appropriations.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds. The Government requests that, at that point, the answer deadline be extended commensurate with the duration of the lapse in appropriations—*i.e.*, the deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that Plaintiffs do not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of its deadline to answer or otherwise respond to the Complaint in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025	Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

<u>/s/ Stephen M. Pezzi</u>
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF CONFERENCE**

Before filing this motion, pursuant to Local Rule 7.1(B), undersigned counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion.

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
