UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA** and
**FLORIDA DEPARTMENT OF STATE**,

    **Plaintiffs**,

**v.**                                         Case No. 3:24cv509-TKW-HTC

**DEPARTMENT OF HOMELAND SECURITY** and **KRISTI NOEM**,

    **Defendants**.
_____/

## ORDER TOLLING RESPONSE DEADLINE

Upon due consideration of Defendants' unopposed motion for a stay or extension of time (Doc. 27), it is **ORDERED** that the motion is **GRANTED**, and

1. Defendants' deadline to answer or otherwise respond to the complaint is tolled based on the "government shutdown" caused by the lapse in appropriations.

2. Defendants have 14 days from the date the shutdown ends and/or funding is restored to the Department of Justice to answer or otherwise respond to the complaint.

**DONE and ORDERED** this 2nd day of October, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**