UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Case Number:<br>3:24-cv-509-TKW-HTC |

### **PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

The parties have executed a settlement agreement that resolves the above-captioned case, a copy of which is attached to this motion as Exhibit 1. In accordance with that agreement, Plaintiffs move to dismiss this case with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to the Court's approval of and retention of jurisdiction to enforce the Parties' settlement agreement. Each party shall bear its own costs and attorneys' fees. Defendants do not oppose this motion. A proposed order agreed upon by all parties is attached.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

/s/ Caleb Stephens
JEFFREY PAUL DESOUSA (FBN 110951)
*Acting Solicitor General*
JASON J. MUEHLHOFF
*Chief Deputy Solicitor General*
CALEB STEPHENS (FBN 1050554)
*Assistant Solicitor General*

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
caleb.stephens@myfloridalegal.com
jason.muehlhoff@myfloridalegal.com
jenna.hodges@myfloridalegal.com

*Counsel for Plaintiffs State of Florida and the Florida Department of State*

/s/ Ashley E. Davis
Ashley E. Davis (FBN 48032)
*General Counsel*
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6531
(f): (850) 245-6125
ashley.davis@dos.fl.gov

*Counsel for Plaintiff the Florida Department of State*

/s/ R. Trent McCotter
R. TRENT MCCOTTER
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, #900

Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com

*Counsel for Plaintiffs State of Ohio and Frank LaRose*

BRENNA BIRD
Attorney General of Iowa

*/s/ Patrick Valencia*
ERIC H. WESSAN
Solicitor General
PATRICK C. VALENCIA
Deputy Solicitor General
ANGELA STUEDEMANN
Assistant Attorney General

1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
angela.stuedemann@ag.iowa.gov

*Counsel for Plaintiffs Brenna Bird and Paul Pate*

THEODORE E. ROKITA
*Attorney General of Indiana*

*/s/Blake E. Lanning*
Blake E. Lanning
*Assistant Chief Deputy*

*/s/William D. Young*
William D. Young
*Director of Policy and Strategic Initiatives*

        Office of the Indiana Attorney General
        IGC South, Fifth Floor
        302 W. Washington Street
        Indianapolis, IN 46204
        (317) 232-6201
        Blake.Lanning@atg.in.gov
        William.Young@atg.in.gov

*Counsel for Plaintiffs State of Indiana and Diego Morales*