UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.*,

    Defendants.

Civil Case Number:
3:24-cv-509-TKW-HTC

## ORDER

Upon consideration of Plaintiffs' unopposed motion to dismiss with prejudice, it is hereby

**ORDERED** that the motion is **GRANTED**, it is further

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, under Federal Rule of Civil Procedure 41(a)(2); it is further

**ORDERED** that each party shall bear its own costs and attorneys' fees; it is further

**ORDERED** that the Court retains jurisdiction over this case for a period of twenty years from the date of this order for the purpose of enforcement of the parties' settlement agreement, which is approved by and incorporated by reference into this

order. A party may request that the Court extend its jurisdiction if: (1) settlement obligations are not completed within those twenty years; or (2) the party believes it necessary for the Court to continue to retain jurisdiction to enforce the parties' Settlement Agreement. Any such request shall be submitted by motion. Any party may, upon notice, seek to enforce the settlement agreement either by motion or a new action brought in this Court, under the terms set forth in the parties' Settlement Agreement.

**ORDERED** that the Clerk shall close the case file.

**DONE and ORDERED** this 1st day of December, 2025.

T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE