**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STATE OF FLORIDA**, et al.,

    **Plaintiffs**,

v.                                  **Case No. 3:24-cv-509-TKW-HTC**

**UNITED STATES DEPARTMENT
OF HOMELAND SECURITY** and
**MARKWAYNE MULLIN**, in his
official capacity as Secretary of the
Department of Homeland Security,

    **Defendants**.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE

Earlier today, Plaintiffs filed an emergency motion to enforce the parties' settlement agreement (Doc. 32). The motion makes a preliminary showing that Defendants are in violation of their obligations under the agreement.

Accordingly, it is **ORDERED** that Defendants have until noon Central Time on Thursday, July 2, 2026, to respond to the emergency motion and explain why they are not in violation of the settlement agreement and why the Court should not require them to comply with the settlement agreement by immediately restoring (1) the bulk upload function in SAVE and (2) the ability to search with Social Security Numbers in SAVE.

**DONE and ORDERED** this 30th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**