**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA, *et al.*,
     Plaintiffs,

v.                                   Case No. 3:24-cv-509-TKW-HTC

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.*,
     Defendants.

_____

### NOTICE OF ADDITIONAL AUTHORITY

The State of Iowa respectfully submits this notice of additional authority to provide context to the immediate deleterious effects of Defendants' action removing access to the Systemic Alien Verification for Entitlements ("SAVE") database. In part on reliance on the negotiated settlement entered by this Court, Iowa amended its laws to rely on the access to the upgraded SAVE database. *See* Iowa Senate File 2218 (2026), *available at* https://bit.ly/4feN3za. Immediate removal of that access has caused immediate and irreparable in-state harm. ]

On June 22, 2026, the U.S. District Court for the District Court of Columbia issued an order granting summary judgment to the Plaintiffs in that case. *League of Women Voters v. U.S. Dept. of Homeland Sec.*, No. CV 25-3501 (SLS), 2026 WL 1784297, at \*35 (D.D.C. June 22, 2026). The next day, Defendants here removed access to Iowa officials to the SAVE Database, in violation of their agreement. This declaration is intended to supplement the district court's understanding of the immediate, ongoing, and irreparable harm as it considers granting the sought remedy:

1

enforcing the agreement entered before it. *See* Dkt. 31 (dismissing with prejudice and retaining jurisdiction for twenty years); Dkt. 32 (motion to enforce settlement).

Iowa respectfully asks the Court to consider the attached notice as additional authority while reviewing the request for expedited enforcement of the settlement agreement.

BRENNA BIRD
Attorney General of Iowa

*/s/Patrick C. Valencia*
PATRICK C. VALENCIA
Deputy Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
patrick.valencia@ag.iowa.gov

*Counsel for State of Iowa*

2