**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA, *et al.*,
        Plaintiffs,

v.                                                          Case No. 3:24-cv-509-TKW-HTC

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.*,
        Defendants.

_____

**DECLARATION OF AARON BAACK**

I, Aaron Baack, consistent with section 92.525, Florida Statutes (2026), hereby state:

1.        I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.        My name is Aaron Baack and I serve the State of Iowa as the interim Director of the Iowa Department of Inspections, Appeals, and Licensing ("DIAL"). I have served the State for more than 20 years, the last 11 years with DIAL.

3.        DIAL is a multifaceted regulatory agency charged with protecting the health, safety, and well-being of Iowans. One of DIAL's divisions is the Professional Licensing Division, whose responsibilities lie in public protection by ensuring minimum competency for individuals entering regulated professions by issuing licenses, writing rules that govern the professions, and enforcing laws through investigations, inspections, licensee discipline, and monitoring.

4.        DIAL oversees 31 professional licensing boards. Those boards include medical boards like Iowa's Board of Medicine, Dental Board, Board of Nursing, Board of Pharmacy;

Design boards like the Architectural Examining Board, and building/construction boards like the Plumbing and Mechanical Systems Board.

5. On October 8, 2025, Governor Kim Reynolds signed Executive Order 15, which created a Systematic Alien Verification for Entitlements ("SAVE") Clearinghouse within DIAL, for the purpose of verifying the U.S. citizenship and immigration status of any natural person who has applied for a professional license from the state.

6. Following months of contractual negotiations with the U.S. Department of Homeland Security/U.S. Citizenship and Immigration Services ("USDHS"/"USCIS"), and hundreds of hours of policy creation and training material development, the State began submitting cases through the USDHS/USCIS verification system in December 2025. Since then, the State has submitted more than 8,150 cases through the USDHS/USCIS SAVE verification system.

7. On June 2, 2026, Governor Reynolds signed Iowa Senate File 2218. That law, which passed through both houses of the Iowa Legislature and was signed by the Governor, codified the SAVE Clearinghouse within DIAL, and further mandated that the licensing and regulation examining boards within DIAL shall use the SAVE program clearinghouse to verify the U.S. citizenship and immigration status of an individual who has applied for a professional license from the board.

8. Iowa Senate File 2218 went into effect on July 1, 2026.

9. On June 23, 2026, USDHS/USCIS removed the option to verify U.S. citizenship and immigration status by utilizing an individual's social security number ("SSN"). Although there are multiple legal documents that a non-U.S. citizen can provide to be verified through SAVE (A-Number, I-94 Number, SEVIS ID, Visa Number, etc.), the only way for DIAL to verify a natural

2

born U.S. citizen through the USDHS/USCIS SAVE verification system is through submission of the citizen's SSN.

10.    As a result of Iowa's inability to submit U.S. citizen's SSN information through the USDHS/USCIS SAVE verification system since June 23, 2026, there are more than 350 professional licenses within DIAL that cannot be verified, and therefore cannot be issued.

11.    The negative impact to Iowans—both licensed professionals now stuck in limbo and the Iowans who depend on their services—cannot be overstated.

12.    DIAL has received multiple complaints from Iowans whose license application has been indefinitely stalled because DIAL cannot submit their SSN through the USDHS/USCIS SAVE verification system. Iowans have expressed that their employment offers, contingent upon issuance of their professional license, are either in jeopardy, or have been rescinded as a result of the inability to verify their citizenship and issue a license.

13.    By decreasing the number of professionally licensed individuals in the workforce, all Iowans will feel the impact as fewer professionals are available to provide critical services. From medical professionals providing life-saving services, to educators ensuring our children are prepared for the future, Iowa has fewer licensed individuals to provide these essential services.

Under penalties of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true.

Executed this First day of July, 2026.

_____
Aaron Baack
Director of the Iowa Department of Inspections, Appeals, & Licensing

3