**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STATE OF FLORIDA**, et al.,

    **Plaintiffs**,

v.                                                                          **Case No. 3:24-cv-509-TKW-HTC**

**UNITED STATES DEPARTMENT**
**OF HOMELAND SECURITY** and
**MARKWAYNE MULLIN**, in his
official capacity as Secretary of the
Department of Homeland Security,

    **Defendants**.

_____/

## **ORDER**

Upon due consideration of the unopposed motion to file amicus brief (Doc. 37), it is **ORDERED** that the motion is **GRANTED**, and

1.    The amicus brief filed by the League of Women Voters and Electronic Privacy Information Center (Doc. 37-1) is accepted.

2.    Defendants shall address the arguments in the amicus brief in their response to Plaintiffs' motion, and the deadline for the response is extended to 5:00 p.m. Central Time on July 2, 2026.

3.    Plaintiffs may file a reply addressing the arguments in the amicus brief no later than 5:00 p.m. Central Time on July 3, 2026.

**DONE and ORDERED** this 2nd day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**