UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA AND THE
FLORIDA DEPARTMENT OF
STATE, ET AL.,

     *Plaintiffs*,

     v.

DEPARTMENT OF HOMELAND
SECURITY AND MARKWAYNE
MULLIN,

     *Defendants*.

Case No. 3:24-cv-509-TKW-HTC

**[PROPOSED] ORDER GRANTING LEAGUE OF WOMEN VOTERS' AND ELECTRONIC PRIVACY INFORMATION CENTER'S EMERGENCY MOTION TO INTERVENE**

Whereas, upon consideration of League of Women Voters' and Electronic Privacy Information Center's Emergency Motion to Intervene, and all briefing in response thereto, it is ORDERED that the Motion is hereby GRANTED; and

It is further ORDERED that League of Women Voters and Electronic Privacy Information Center are GRANTED intervenor status in this action pursuant to Federal Rule of Civil Procedure 24; and

1

2

Accordingly, it is further ORDERED that, pursuant to Rule 24(c), Intervenors' notice of appeal, Exhibit 1, is hereby deemed FILED.

**SO ORDERED**.


Date:_____                    _____
                                          T. Kent. Wetherell II
                                          United States District Judge