# Exhibit 2

                                                      **Lauren Bingham <lbingham@citizensforethics.org>**

---

## LWV v. DHS: emergency motion in State of Florida, et al. v. DHS
6 messages

---

**Hanna Hickman** <hhickman@democracyforward.org>                    Tue, Jun 30, 2026 at 6:01 PM
To: stephen.pezzi@usdoj.gov, cesar.E.Azrak@usdoj.gov
Cc: Nikhel Sus <nsus@citizensforethics.org>, John Hill <jhill@citizensforethics.org>, Lauren Bingham
<lbingham@citizensforethics.org>, Aman George <ageorge@democracyforward.org>, Mark Samburg
<msamburg@democracyforward.org>, Sophie Gelber <sgelber@democracyforward.org>, Ron Fein
<rfein@democracyforward.org>, Robin Thurston <rthurston@democracyforward.org>, Jon Sherman
<jsherman@fairelectionscenter.org>, Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>, Emily Davis
<edavis@fairelectionscenter.org>, John Davisson <davisson@epic.org>, zhou@epic.org, Abigail Kunkler <kunkler@epic.org>

Counsel:

We saw the Emergency Motion to Enforce Settlement Agreement filed by the plaintiffs in *State of Florida, et al. v. DHS*,
Case No. 3:24-cv-509 (N.D. Fla.). Could you advise whether the government intends to oppose that motion?

Thank you,
Hanna

--

   **Johanna M. Hickman**
                       **Senior Counsel**                      **Email:** hhickman@democracyforward.org
                       **Democracy Forward**                   **Website:** democracyforward.org
                       *she/hers* (why I share my pronouns)

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free
to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for
use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender
by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*



---

**Hanna Hickman** <hhickman@democracyforward.org>                    Tue, Jun 30, 2026 at 6:09 PM
To: stephen.pezzi@usdoj.gov, cesar.E.Azrak@usdoj.gov, Daniel.Riess@usdoj.gov
Cc: Nikhel Sus <nsus@citizensforethics.org>, John Hill <jhill@citizensforethics.org>, Lauren Bingham
<lbingham@citizensforethics.org>, Aman George <ageorge@democracyforward.org>, Mark Samburg
<msamburg@democracyforward.org>, Sophie Gelber <sgelber@democracyforward.org>, Ron Fein
<rfein@democracyforward.org>, Robin Thurston <rthurston@democracyforward.org>, Jon Sherman
<jsherman@fairelectionscenter.org>, Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>, Emily Davis
<edavis@fairelectionscenter.org>, John Davisson <davisson@epic.org>, zhou@epic.org, Abigail Kunkler <kunkler@epic.org>

Case 3:24-cv-00509-TKW-HTC    Document 48-4    Filed 07/08/26    Page 3 of 5

Counsel:

Per the instructions in Steve's out-of-office message, I am adding Daniel Riess to the chain. Please see my message below.

Thanks,
Hanna

[Quoted text hidden]

---

**Lauren Bingham** <lbingham@citizensforethics.org>        Tue, Jul 7, 2026 at 3:15 PM
To: Hanna Hickman <hhickman@democracyforward.org>, benjamin.c.wei@usdoj.gov
Cc: stephen.pezzi@usdoj.gov, cesar.E.Azrak@usdoj.gov, Daniel.Riess@usdoj.gov, Nikhel Sus <nsus@citizensforethics.org>, John Hill <jhill@citizensforethics.org>, Aman George <ageorge@democracyforward.org>, Mark Samburg <msamburg@democracyforward.org>, Sophie Gelber <sgelber@democracyforward.org>, Ron Fein <rfein@democracyforward.org>, Robin Thurston <rthurston@democracyforward.org>, Jon Sherman <jsherman@fairelectionscenter.org>, Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>, Emily Davis <edavis@fairelectionscenter.org>, John Davisson <davisson@epic.org>, zhou@epic.org, Abigail Kunkler <kunkler@epic.org>

Hi all,

We are in receipt of Judge Wetherell's order in *State of Florida, et al. v. DHS*, Case No. 3:24-cv-509 (N.D. Fla.). Can Defendants advise what actions Defendants intend to take regarding this order, and on what timeline?

Thanks,

**Lauren C. Bingham**
Senior Litigation Counsel
Citizens for Responsibility and Ethics in Washington
Office: (202) 408-5565
lbingham@citizensforethics.org | www.citizensforethics.org

[Quoted text hidden]

---

**Pezzi, Stephen (CIV)** <Stephen.Pezzi@usdoj.gov>        Tue, Jul 7, 2026 at 5:45 PM
To: Lauren Bingham <lbingham@citizensforethics.org>, Hanna Hickman <hhickman@democracyforward.org>, "Wei, Benjamin C. (CIV)" <Benjamin.C.Wei@usdoj.gov>
Cc: "Azrak, Cesar E (CIV)" <Cesar.E.Azrak@usdoj.gov>, "Riess, Daniel (CIV)" <Daniel.Riess@usdoj.gov>, Nikhel Sus <nsus@citizensforethics.org>, John Hill <jhill@citizensforethics.org>, Aman George <ageorge@democracyforward.org>, Mark Samburg <msamburg@democracyforward.org>, Sophie Gelber <sgelber@democracyforward.org>, Ron Fein <rfein@democracyforward.org>, Robin Thurston <rthurston@democracyforward.org>, Jon Sherman <jsherman@fairelectionscenter.org>, Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>, Emily Davis <edavis@fairelectionscenter.org>, John Davisson <davisson@epic.org>, "zhou@epic.org" <zhou@epic.org>, Abigail Kunkler <kunkler@epic.org>

Lauren,

We are reviewing the order, as explained in the filing we just made in *League of Women Voters*. Happy to discuss further at the appropriate time.

7/8/26, 8:38 PM    Citizens for Responsibility and Ethics in Washington Mail - LWV v. DHS emergency motion in State of Florida, et al. v. DHS

Case 3:24-cv-00509-TKW-HTC    Document 48-4    Filed 07/08/26    Page 4 of 5

Thanks,


**Stephen M. Pezzi** | Chief Litigation Counsel

United States Department of Justice

Civil Division - Federal Programs Branch

(202) 598-3240 | stephen.pezzi@usdoj.gov

[Quoted text hidden]

---

**John Hill** <jhill@citizensforethics.org>                        Wed, Jul 8, 2026 at 11:48 AM
To: "Pezzi, Stephen (CIV)" <Stephen.Pezzi@usdoj.gov>
Cc: Lauren Bingham <lbingham@citizensforethics.org>, Hanna Hickman <hhickman@democracyforward.org>, "Wei, Benjamin C. (CIV)" <Benjamin.C.Wei@usdoj.gov>, "Azrak, Cesar E (CIV)" <Cesar.E.Azrak@usdoj.gov>, "Riess, Daniel (CIV)" <Daniel.Riess@usdoj.gov>, Nikhel Sus <nsus@citizensforethics.org>, Aman George <ageorge@democracyforward.org>, Mark Samburg <msamburg@democracyforward.org>, Sophie Gelber <sgelber@democracyforward.org>, Ron Fein <rfein@democracyforward.org>, Robin Thurston <rthurston@democracyforward.org>, Jon Sherman <jsherman@fairelectionscenter.org>, Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>, Emily Davis <edavis@fairelectionscenter.org>, John Davisson <davisson@epic.org>, "zhou@epic.org" <zhou@epic.org>, Abigail Kunkler <kunkler@epic.org>


Good morning Steve,

Given that, as you know, LWV and EPIC are preparing to move to intervene in the *Florida* case if necessary, we wanted to renew our request that DHS and SSA share what actions (if any) they intend to take in response to yesterday's order in the *Florida* case. In addition, can you please confirm that, given the position the government took in defending against the plaintiffs' motion to compel enforcement in *Florida*, DHS and SSA are not treating and do not intend to treat yesterday's *Florida* order as altering their obligations to comply with Judge Sooknanan's vacatur order. Please let us know if it is helpful to have a call today to discuss.

Thanks,
John
[Quoted text hidden]
--

 **John Hill** (he/him)
Senior Litigation Counsel
Citizens for Responsibility and Ethics in Washington
(202) 754-3854
jhill@citizensforethics.org | www.citizensforethics.org

---

**Pezzi, Stephen (CIV)** <Stephen.Pezzi@usdoj.gov>               Wed, Jul 8, 2026 at 6:04 PM
To: John Hill <jhill@citizensforethics.org>, Lauren Bingham <lbingham@citizensforethics.org>, Hanna Hickman <hhickman@democracyforward.org>, Nikhel Sus <nsus@citizensforethics.org>, Aman George <ageorge@democracyforward.org>, Mark Samburg <msamburg@democracyforward.org>, Sophie Gelber <sgelber@democracyforward.org>, Ron Fein <rfein@democracyforward.org>, Robin Thurston <rthurston@democracyforward.org>, Jon Sherman <jsherman@fairelectionscenter.org>, Michelle Kanter Cohen <mkantercohen@fairelectionscenter.org>, Emily Davis <edavis@fairelectionscenter.org>, John Davisson <davisson@epic.org>, "zhou@epic.org" <zhou@epic.org>, Abigail Kunkler <kunkler@epic.org>
Cc: "Azrak, Cesar E (CIV)" <Cesar.E.Azrak@usdoj.gov>, "Riess, Daniel (CIV)" <Daniel.Riess@usdoj.gov>, "Wei, Benjamin C. (CIV)" <Benjamin.C.Wei@usdoj.gov>


John,

Thanks.  I don't have any updates that I can share at this time.  Happy to discuss over the phone later this week, when I hope to have more information that I can share.  Thanks for your patience – this is a very complicated situation that we are sorting through as quickly as possible given the various constraints.


Best,


**Stephen M. Pezzi** | Chief Litigation Counsel

United States Department of Justice

Civil Division - Federal Programs Branch

(202) 598-3240 | stephen.pezzi@usdoj.gov


[Quoted text hidden]