**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STATE OF FLORIDA**, et al.,

     **Plaintiffs**,

v.                                                                          **Case No. 3:24-cv-509-TKW-HTC**

**UNITED STATES DEPARTMENT
OF HOMELAND SECURITY** and
**MARKWAYNE MULLIN**, in his
official capacity as Secretary of the
Department of Homeland Security,

     **Defendants**.

_____/

## ORDER ESTABLISHING EXPEDITED BRIEFING SCHEDULE

Last week, the League of Women Voters and Electronic Privacy Information Center (proposed intervenors), appeared in this case as amici in opposition to Plaintiffs' motion to enforce the settlement agreement. *See* Doc. 37. Now, they seek to intervene. *See* Doc. 48.

The proposed intervenors presumably could have sought to intervene in this case long before now because notice of this Court's order approving the settlement agreement that required Defendants to modify the SAVE system to include features that the proposed intervenors claimed were unlawful was apparently provided in Judge Sooknanan's case within days after the order was entered in December 2025. Nevertheless, the Court recognizes that its recent order enforcing the settlement

agreement heightened the proposed intervenors' interest in this case because that order has the potential to deprive them of at least part of the remedy that they obtained from Judge Sooknanan.

That said, because the motion is opposed, the Court will hold it for a response. A party normally has 14 days to respond to a motion, but the Court can shorten that period when necessary.  *See* N.D. Fla. Loc. R. 7.1(E).  The Court will do so here because the circumstances outlined in the motion plainly justify expedited action.

Accordingly, it is **ORDERED** that:

1.     Plaintiffs and Defendants have until 5:00 p.m. central time on July 10, 2026, to respond to the proposed intervenors' motion to intervene.

2.     The proposed intervenors may file a reply no later than noon central time on July 13, 2026.

3.     The Court will rule on the motion as expeditiously as possible, although it may defer consideration of the motion until after reviewing the status report required by the order enforcing the settlement agreement because that could moot or mitigate the urgency of the motion.  *See* Doc. 45 at 10.  The deadline for the status report is moved up to noon central time on July 14, 2026.

**DONE and ORDERED** this 9th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**