UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA AND THE
FLORIDA DEPARTMENT OF
STATE, ET AL.,

     *Plaintiffs*,

     v.

DEPARTMENT OF HOMELAND
SECURITY AND MARKWAYNE
MULLIN,

     *Defendants,*

LEAGUE OF WOMEN VOTERS and
ELECTRONIC PRIVACY
INFORMATION CENTER,

     *Intervenor-Defendants.*

Case No. 3:24-cv-509-TKW-HTC

**FEDERAL RULE OF APPELLATE PROCEDURE 10(b) CERTIFICATION**

The Eleventh Circuit has issued a Civil Docketing Notice requiring Intervenors to "File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered." (Emphasis in original). *See State of Florida, et al v. League of Women Voters*, et al, 26-12533 (11th Cir), Dkt. 1-1.  Pursuant to Fed. R. App. Proc. 10(b)(1), the appellant must either order necessary transcripts or "file a certificate stating no transcript will be ordered." Fed. R. App. Proc. 10(b)(1)(B).  Intervenors hereby certify that no transcript will be ordered.

1

Dated: July 22, 2026

*/s/ Lauren C. Bingham*

Lauren C. Bingham
Florida Bar No. 105745
LBingham@citizensforethics.org
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565

Gerald E. Greenberg
Florida Bar No. 440094
ggreenberg@gsgpa.com
Daniel R. Walsh
Florida Bar No. 0124282
dwalsh@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
(305) 728-0950
E-service: efilings@gsgpa.com

Respectfully submitted,

Aman T. George*
D.C. Bar No. 1028445
ageorge@democracyforward.org
DEMOCRACY FORWARD FOUNDATION
P.O. BOX 34553
Washington, DC 20043
(202) 448-9090

*admitted *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Florida through the CM/ECF system, which will serve a true and correct copy on all counsel of record who have consented to electronic service.

*/s/ Lauren C. Bingham*